JOHN B. HOWELL *against* ROBERT ROBERTSON.*

ON CERTIORARI.

Venire must be sealed or verdict is bad.

---

*Vroom* moved to reverse this judgment, because the *venire facias* issued in the cause was without a seal.

KIRKPATRICK C. J.    The *venire* must be sealed, otherwise a verdict is defective, and the judgment rendered must be reversed.